UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX PROPERTY TRUST, INC., <br>     Plaintiff, <br> v. <br> DANIEL POORE, et al., <br>     Defendants. | Case No. 25-cv-07627-JD <br><br> **ORDER RE REPORT AND RECOMMENDATION, AND REMAND** |

Pro se defendants Daniel and Claudia Poore removed this unlawful detainer action from California state superior court. Dkt. No. 1. A magistrate judge filed a report and recommendation advising remand for lack of subject matter jurisdiction. Dkt. No. 8. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

Removal was said to be based on federal question jurisdiction under the CARES Act, which defendants mentioned as a defense to the eviction action. *See* Dkt. No. 1. The report and recommendation concluded that a federal defense is not a basis of removal. Dkt. No. 8 at 3 (citing *Provincial Gov't of Marinduque v. Placer Dome, Inc.*, 582 F.3d 1083, 1086 (9th Cir. 2009)). The same goes for the other federal defenses defendants identified. As noted in the report, diversity jurisdiction is precluded by the forum defendant rule. Dkt. No. 8 at 3-4 (citing 28 U.S.C. § 1441(b)). Consequently, the report and recommendation indicated that the case should be remanded.

After an independent review, the Court adopts the report and recommendation. The case is ordered remanded to the Superior Court of California for the County of Marin. All pending motions are terminated.

**IT IS SO ORDERED.**

Dated: November 19, 2025

JAMES DONATO
United States District Judge